```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19701
   DAVID HAILE
   MYRA L DUNN HAILE                         CHAPTER 13

                                             JUDGE: JACQUELINE P COX
          Debtor
    SSN XXX-XX-1695      SSN XXX-XX-1782
```

---

                TRUSTEE'S FINAL REPORT AND ACCOUNT

---

       The case was filed on 05/20/2004 and was confirmed 07/19/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was paid in full 11/19/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS ^ | MORTGAGE ARRE | 9341.62 | .00 | 9341.62 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS ^ | CURRENT MORTG | .00 | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | 505.10 | .00 | 50.51 |
| CAPITAL ONE BANK | FILED LATE | 4553.27 | .00 | .00 |
| CAPITAL ONE BANK | FILED LATE | 2831.89 | .00 | .00 |
| CAPITAL ONE BANK | FILED LATE | 2412.10 | .00 | .00 |
| CAPITAL ONE BANK | FILED LATE | 1072.83 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 245.83 | .00 | 24.58 |
| FINGERHUT | UNSECURED | 533.98 | .00 | 53.40 |
| SHERMAN ACQUISITION | UNSECURED | 1355.16 | .00 | 135.52 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1106.04 | .00 | 110.60 |
| COUNTRYWIDE HOME LOANS ^ | COST OF COLLE | 150.00 | .00 | 150.00 |
| JOSEPH WROBEL | DEBTOR ATTY | 1,994.00 | | 1,994.00 |
| TOM VAUGHN | TRUSTEE | | | 669.36 |
| DEBTOR REFUND | REFUND | | | 70.41 |

       Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 12,600.00 | |
| PRIORITY | | .00 |
| SECURED | | 9,491.62 |
| UNSECURED | | 374.61 |
| ADMINISTRATIVE | | 1,994.00 |
| TRUSTEE COMPENSATION | | 669.36 |
| DEBTOR REFUND | | 70.41 |
| TOTALS | 12,600.00 | 12,600.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 19701 DAVID HAILE & MYRA L DUNN HAILE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 19701 DAVID HAILE & MYRA L DUNN HAILE